U.S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

MAR 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| INFINITY NETWORKS, INC. AND WILLIAM O. BELT | CIVIL ACTION NO. 07-047 |
| versus | JUDGE TRIMBLE |
| FINITE VALIDATIONS, LLC AND JAMES W. SMITH | MAGISTRATE JUDGE KIRK |

### O R D E R

A telephone hearing on the defendants' motion for various relief [Doc. 12] was held this day which included counsel for all parties, as well as Judge James T. Trimble, Jr. in chambers at Alexandria, Louisiana. Pursuant to that telephone hearing, it is

ORDERED that the parties be granted seventy-five (75) days in which to conduct discovery on the issue of federal jurisdiction and the propriety of removal in this case, with the delay beginning on Monday, April 2, 2007.

IT IS FURTHER ORDERED that defendants shall file any opposition to plaintiffs' motion to remand no later than fifteen (15) days after the expiration of the delay for discovery granted herein. Plaintiffs shall file any response no later than fifteen (15) days following the filing of defendants' opposition. Such response shall also include, should plaintiffs deem it appropriate, any request for sanctions to be asserted in conjunction with jurisdictional discovery and the propriety of removal. Defendants shall file their response to any motion for sanctions no later than five (5) days after the filing of plaintiffs' response.

Defendants' motion for evidentiary hearing is DENIED at this time with leave granted for either party to reassert such request in the future, should either party deem it necessary.

Alexandria, Louisiana
March 30, 2007

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE